# Exhibit A

**Exhibit A**

FILED
AMANDA STANF...
CLERK OF SU...

2020 APR -7 PM 3:28

BY ___AL___
         DEPUTY

Person Filing: CALEB J. DELATORRE
Address (if not protected): 23837 NORTH DESERT AGAVE ST.
City, State, Zip Code: FLORENCE, AZ, 85132
Telephone: 928-200-3755
Email Address: delatorrecaleb@gmail.com
Representing ☒ Self or ☐ Attorney for _____
Lawyer's Bar Number: N/A

## SUPERIOR COURT OF ARIZONA
## IN __Pinal__ COUNTY

$318

CALEB J. DELATORRE
**Name of Plaintiff**

Case Number: CV2020000533

**Title: CIVIL COMPLAINT**

FREEPORT-McMORAN
**Name of Defendant**

**STEVEN J. FULLER**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

**JURISDICTION and VENUE**

1. The Superior Court in __PINAL__ County has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.

   ☐ Replevin or other nonmonetary remedy will take place in _____ County.

   ☒ The Plaintiff resides in __PINAL__ County.

   ☒ The Defendant resides in __MARICOPA/GILA__ County.

   ☒ The Defendant does business in __MARICOPA/GILA__ County.

   ☒ The events, actions, or debts subject of this Complaint occurred in __GILA__ County.

Arizona Supreme Court                    CONFORMED COPY FURNISHED                    CVC10f-070118
                                              Page 1 of 5

Case Number: _____

☐ Other reason: _____
_____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

   ☐ Tier 1 = Actions claiming $50,000 or less in damages.

   ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

   OR  Actions claiming nonmonetary relief.

   ☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is:

   CALEB J. DELATORRE

4. The Defendant in this case is:

   FREEPORT-McMORAN (FCX)

## STATEMENT OF FACTS AND BREACH

5. SEE ATTACHED.

Case Number: _____

6. SEE ATTACHED. _____
_____

7. // _____
_____

8. // _____
_____

9. // _____
_____

10. // _____
_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

**APPLICABLE LAW SUPPORTING CLAIMS**

( )  (TITLE VII) OF THE CIVIL RIGHT ACT OF 1964. TITLE VII

( )  TITLE 42, CH 21, SubCH VI, SECTION 2000e-2
     UNLAWFUL EMPLOYMENT PRACTICES. "SENIORITY LAW."

( )  NATIONAL LABOR RELATIONS ACT OF 1935.
     "ILLEGAL REASONING FOR TERMINATION."

Case Number: _____

( )  NEGLIGENCE IN EMPLOYMENT, "SUPERVISION," "TRAINING." _____

( )  TITLE 23, LABOR 23-1501 "CLAIM AGAINST EMPLOYER." _____

( )  TITLE 13, CRIMINAL CODE, 13-2311, "WILLFUL CONCEALMENT." "COVER-UP." _____

( )  _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

**INJURIES**

( )  PSYCHOLOGICAL - MOOD DISORDER, ANXIETY, FLASHBACKS SOCIAL WITHDRAW

( )  EMOTIONAL PAIN AND SUFFERING - LOSS OF TRUST, LOSS OF PRODUCTIVE MOTIVATION, LOSS OF MOTIVATION

( )  EMOTIONAL DISTRESS - LACK OF ENERGY, FATIGUE, DIFFICULTY MANAGING TEMPER, LOSS OF RESPONSE CONTROL

( )  LOSS OF INSPIRATIONAL MOTIVATION, LOSS OF INSPIRATION

( )  _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

Case Number: _____

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1 )  PUNITIVE DAMAGES, $300,000,000.

( 2 )  COMPENSATORY DAMAGES, WITHIN (#1)

( 3 )  CONSEQUENTIAL DAMAGES, WITHIN (#1)

( 4 )  INCONVENIENCE DAMAGES, WITHIN (#1)

( 5 )  GENERAL DAMAGES, WITHIN (#1)

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this APRIL 7, 2020
*(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)

Case number: _____

**STATEMENTS OF FACTS AND BREACH**

5. The Defendant covered-up/concealed the sexual harassment.

6. The Defendant failed to investigate properly in every respect i.e. Root cause of evaluation marks and actions of assailant that directly affected the Human Resources investigation outcome.

7. The Defendant failed to investigate the Plaintiff's opinions and facts for the Human Resources investigation in every respect.

8. The Defendant failed to investigate the assailant's comments such as, "I was pulling him(Plaintiff) from danger." This testimonial comment shows the intent of the assailant. The assailants long term employment status with the company is considered along with the company's policy, "Save yourself."

9. The Defendant failed to investigate the Monthly 90 Day New Hire Evaluations to show that the arguments and confrontations that the Plaintiff had participated in were in self-defense which directly led to the outcome of the Human Resources investigation.

10. The Defendant retaliated against the Plaintiff's self-defense actions, protective actions and complaints which led to the wrongful termination of the Plaintiff after neglecting, abusing and traumatizing the Plaintiff.

11. The Defendant did not address the Sexual Harassment in the Human Resources investigation.

12. The Defendant did not address the Harassment that was continued by the assailant.

13. The Defendant did not take in consideration the positive marks on the Monthly 90 Day New Hire Evaluations that may have given the Human Resources investigation a different outcome.

14. The Defendant targeted the Plaintiff as a New Hire in a probationary period.

15. The Defendant was negligent with the plaintiffs training and placement within the company.

Person Filing: CALEB J. DELATORRE
Address (if not protected): 23837 N. DESERT AGAVE ST.
City, State, Zip Code: FLORENCE, AZ, 85132
Telephone: 928-200-3755
Email Address: delatorrecaleb@gmail.com
Representing ☒ Self or ☐ Attorney for ____
Lawyer's Bar Number: N/A

## SUPERIOR COURT OF ARIZONA
## IN PINAL COUNTY

CALEB J. DELATORRE
**Name of Plaintiff**

Case Number: CV202000533

AMENDED

And

SUMMONS

FREEPORT-MCMORAN MIAMI INC.
**Name of Defendant**

STEVEN J. FULLER

---

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** FREEPORT-MCMORAN MIAMI INC.
**Name of Defendant**

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this "Summons" and the other court papers were served on you by a registered process server or

Case Number: CV2020000533

the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date

APR 0 7 2020

**AMANDA STANFORD**
CLERK OF SUPERIOR COURT

By _____ARTURO LOPEZ_____
Deputy Clerk

Person Filing: CALEB J. DELATORRE
Address (if not protected): 23837 N. DESERT AGAVE ST.
City, State, Zip Code: FLORENCE, AZ, 85132
Telephone: 928-200-3755
Email Address: delatorrecaleb@gmail.com
Representing ☒ Self or ☐ Attorney for _____
Lawyer's Bar Number: _____

FILED
AMANDA STANFORD
CLERK OF SUPERIOR C...
2020 APR -7 PM 3:28
BY_____ AL
       DEPUTY

## SUPERIOR COURT OF ARIZONA
## IN PINAL COUNTY

CALEB J. DELATORRE

**PLAINTIFF**

vs.

FREEPORT-McMORAN

**DEFENDANT**

Case Number: CV202000533

**CERTIFICATE OF COMPULSORY ARBITRATION**

STEVEN J. FULLER

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs [ ] **does** ☒ **does not** exceed limits set by Local Rule for compulsory arbitration. This case [ ] **is** ☒ **is not** subject to compulsory arbitration as provided in Rules 72 through 77 of the Rules of Civil Procedure.

SUBMITTED this 7TH day of April, 2020

BY _____

**ASAP Serve**
Process Servers

FILED
AMANDA STANFORD
CLERK OF SUPERIOR COURT

20 APR 28 AM 10: 23

BY RAM
DEPUTY

SUPERIOR COURT OF ARIZONA, COUNTY OF PINAL

CALEB J. DELATORRE
Plaintiff,

vs.

FREEPORT-MCMORAN MIAMI INC.
Defendant,

STEVEN J. FULLER

Case No.: CV202000533

PROOF OF SERVICE

Came to hand on 4/22/2020 at 11:36 AM a true copy of the below referenced documents.

The undersigned is over the age of 18 years and not a party to the action. The undersigned is qualified and appointed under ARCP §4(d) & §4(e) to serve legal process within the State of Arizona.

SERVED On 04/22/2020 at 2:45 PM, the undersigned served copies of:
AMENDED SUMMONS; AMENDED CIVIL COMPLAINT; AMENDED CERTIFICATE OF COMPULSORY ARBITRATION

Upon: FREEPORT-MCMORAN MIAMI INC. c/o REGISTERED AGENT SOLUTIONS, INC
At: 300 W CLARENDON AVE, SUITE 240, , PHOENIX, AZ 85013

In the following manner:

**CORPORATE, BUSINESS OR GOVERNMENT SERVICE** by leaving a copy of the legal process with:
**SCOTT BOYER** Title):**SERVICE OF PROCESS COORDINATOR**, a person authorized by appointment or by law to accept service and informing that person of the contents thereof.
**Description:**
Gender: **Male**   Race/Skin: **Caucasian**   Age: **50**   Weight: **170**   Height: **5'7"**   Hair: **Brown**   Glasses: **Yes**   Other:

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing information contained in the Proof of Service is true and correct. [ARCP Rule 80(c)]

SIGNED, _____
NIHAD HIDIC,

Client File #:

Job Number: 23470    Private Process Server ID # 8489,
MARICOPA County

**Public Access to Court Information - Case Search**

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | S-1100-CV-202000533 | | |
| Title: | DELATORRE VS FREEPORT - MCMOR | Category: | Civil |
| Court: | Pinal County Superior | Filing Date: | 4/7/2020 |
| Judge: | | Disposition Date: | |

**CALEB JOHN DELATORRE**    PLAINTIFF   -   P 1

### Case Activity

| Date | Description | Party |
|---|---|---|
| 4/28/2020 | SERVICE: Proof of Service | P 1 |
| 4/28/2020 | SERVICE: Proof of Service | P 1 |
| 4/8/2020 | COMPLAINT: Complaint | P 1 |
| 4/8/2020 | MISCELLANEOUS: Information Sheet | P 1 |
| 4/8/2020 | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS NOT | P 1 |
| 4/8/2020 | MISCELLANEOUS: Information Sheet | P 1 |
| 4/8/2020 | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS NOT | P 1 |

## Document Search

For access to criminal and civil court documents in the Superior Court visit the eAccess portal.
For more information about the eAccess portal please visit: https://www.azcourts.gov/eaccess.

**NOTES:**
**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View. How?**
**The following case types are excluded from search results:** sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**
• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.
• The information should not be used as a substitute for a thorough background search of official public records.

**The user is responsible for verifying information provided on this website against official court information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please Contact Us.

**Case info is updated on this website weekly. Information is updated each Friday to reflect case information through the Wednesday of the same week.**

# Exhibit B

**Exhibit B**

Caroline Larsen, SBN 022547
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
caroline.larsen@ogletree.com

Attorneys for Defendant Freeport-McMoRan Miami Inc.

# SUPERIOR COURT OF ARIZONA

## PINAL COUNTY

| | |
|---|---|
| Caleb J. Delatorre, | No. CV202000533 |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF ACTION** |
| Freeport-McMoRan Miami Inc., | |
| Defendant. | (Hon. Steven J. Fuller) |

**To the Clerk of the above-entitled Court:**

PLEASE TAKE NOTICE that Defendant Freeport-McMoRan Miami Inc. has filed a Notice of Removal of this action with the United States District Court for the District of Arizona. A copy of the Notice of Removal filed in the U.S. District Court is attached as Exhibit 1.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DATED this 22nd day of May 2020.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/Caroline Larsen
Caroline Larsen, SBN 022547
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016

Attorneys for Defendant Freeport-McMoRan Miami Inc.

2

**CERTIFICATE OF SERVICE**

E-filed this 22nd day of May 2020, and copy mailed and emailed this same day to:

Caleb J. Delatorre
23837 N. Desert Agave Street
Florence, AZ 85132
delatorrecaleb@gmail.com


By: /s/ Jessica A. Oliverson

42751682.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

3