THIS DOCUMENT IS NOT IN CONFORMITY
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LR 5.4
(Rule Number/Section)

```
         FILED      ___ LODGED
     ___ RECEIVED   ___ COPY

         JUN 0 1 2020

     CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
     BY_____DEPUTY
```

1  Caleb J. Delatorre
2  23837 N. Desert Agave St.
3  Florence, AZ 85132
4  Telephone: 928-200-3755
5  Email: delatorrecaleb@gmail.com
6  Self-Representing as Attorney

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Caleb J. Delatorre,

    -Plaintiff

Vs.

Freeport-McMoRan Miami Inc.,

    -Defendant

Case Number: CV-20-01012-PHX-DJH

**Motion for**

**SUMMARY JUDGEMENT**

**To the Clerk of the above-entitled Court:**

Plaintiff *Caleb J. Delatorre* notifies this Court of the Defendants actions prior to the filing of this case in United States District Court, District of Arizona and Pinal County Superior Court of Arizona.

**I.   Purpose of this motion**

For the Honorable Judge Diane Humetewa to review the case file and to give a Summary Judgement as the Defendant has motioned a notice on this case during the Default period. This case was originally filed on April 7, 2020 with the Pinal County Superior Court.

Case Number: CV202000533

## II. The Defendants Actions and Claims

1. The case was reviewed, accepted and notarized by the Pinal County Superior Court Clerk. The Plaintiff does not feel that a case should be dismissed if it could be amended in due time.

The case file and its forms are correct and acceptable thus far. The case was properly served to the Defendant on April 22, 2020. The Defendant did not answer or object to the charges. The Defendant entered default for failure to answer.

2. The Plaintiff filed a Motion for Default Judgement with the Pinal County Superior Court Clerk after the time given to the Defendant for a response of any kind.
3. The Defendant, however, has filed a Notice of Removal to the District Court of Arizona.

The case is in Default for failure to answer with a pending motion for Default Judgement with the Pinal County Superior Court.

4. The Defendant has asked to move the case to the United States District Court due to certain elements to be considered Federal Jurisdiction only.

The Plaintiff has conferred with the Defendant via telephone to understand this. The Plaintiff is willing to continue this motion.

5. The Facts and Breach is not the Plaintiff's personal testimony. The Plaintiff has filled out and filed all paperwork correctly.
6. Since there are multiple elements to each charge, the Plaintiff is willing to prosecute in court.

The Plaintiff is willing to express the certain charges within Federal Jurisdiction in The United States District Court, The District of Arizona.

The Plaintiff is willing to take counsel with the Judge.

7. The Defendant filed the Notice of Removal with the United States District Court and is moving to dismiss during Default and has not admitted or denied the charges. This has been brought to the attention of The United States District Court, District of Arizona. This Court takes the Defaulted case it will hold the Right to Dismiss the Defaulted case as well as give a Summary Judgement.

## III. Motion For Summary Judgement

This Motion for Summary Judgement is due to the actions of the Defendant, *Freeport-McMoRan Miami Inc.* Transferring the case during Default, being in Default and opening the case in a higher court during Default.

| | |
|---|---|
| 62 | This case was assigned to the Honorable Diane Humetewa, The United States District |
| 63 | Court, District Of Arizona. |
| 64 |     RESPECTFULLY SUBMITTED this 1st day of June 2020 |
| 65 | |
| 66 | By: Caleb J. Delatorre |
| 67 | Caleb J. Delatorre |
| 68 | 23837 N. Desert Agave St. |
| 69 | Florence, AZ 85132 |
| 70 | Self-Representing as Attorney |